IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 2:16-cr-120 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | |
| JOSHUA ADAM FETTER, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

## ORDER

This matter is before the Court on Defendant Joshua Adam Fetter's Motion to Amend Pretrial Release Conditions. (Doc. 28.) One of the conditions of his release restricts Fetter to travel within the Southern District of Ohio. Fetter lives in Morrow County, located in the Southern District of Ohio, near the border of Marion County, located in the Northern District of Ohio, and he has several immediate family members in Marion County. Fetter asks the Court to permit him to visit family members in Marion County and pursue job opportunities in that county as well. The Government and Pretrial Services Office do not oppose this request. (*Id.* at 1.)

For good cause shown, the Court **GRANTS** Defendant's Motion to Amend Pretrial Release Conditions. (Doc. 28.) Defendant will be restricted to travel within the Southern District of Ohio and Marion County, Ohio. All other conditions of release will remain in place.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**Dated: July 21, 2016**

1